UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re  
Edris Crigler,

Civil Case No. 24-cv-12324

Honorable Susan K. DeClercq
United States District Judge

_____/

**ORDER EXTENDING TIME TO REPLY AND SETTING NEW BRIEFING SCHEDULE**

On December 12, 2024, this Court entered a scheduling order directing briefing in this matter. ECF No. 7. Accordingly, Appellant's Brief was due on January 7, 2025. *Id.* In a motion dated January 7, 2025—but filed on January 8, 2025—Appellant requested another ten (10) to thirty (30) days to file her brief, noting that she has requested the assistance of Lakeshore Legal Service in this matter. ECF No. 8.

Under Civil Rule 6(b), this Court may, for good cause, extend time to respond before the original time expires or on motion made after the time expires if the party failed to act because of excusable neglect. Here, this Court finds both good cause and excusable neglect, and will grant Appellant's motion. Such an outcome is also consistent with this Court's preference to adjudicate cases on their full merits.

Accordingly, it is **ORDERED** that Appellant's Motion for Extension of Time, ECF No. 8, is **GRANTED**.

It is further **ORDERED** that the following filing deadlines for briefing will apply:

1. Appellant's brief must be filed on or before **January 24, 2025**;

2. Appellee's brief must be filed on or before **February 24, 2025**;[1] and

3. Appellant's option reply brief must be filed on or before **March 24, 2025**.

**IT IS SO ORDERED.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 14, 2025

---

[1] Appellee filed a brief in this case on November 20, 2024 before Appellant filed a brief. ECF No. 6. Appellee is permitted to rely on the brief already filed or may file a new brief by the date above.